Court of Appeals.
Seventh District of TEXAS.

FILED
SEP 22 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

CLERK
VIVIAN LONG.

Case No# 07-14-00353-CR.
Trial Court No# 67.789-E.

9-16-15

Dear Clerk.

I filed a MOTION for Extension of Time
to prepair a PDR. as of date i have heard
Nothing on my Motion...
Can you pledse. provide me a copy of the
Ruleing of Motion for Extension of time: also.
The dead Line date to have my PDR in Your
Court...                    Thank You,
                    Respectfully submitted.
                    Michael Ray Kennedy.

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 29 2015
Abel Acosta, Clerk